# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:                             }
                                                  }     Case No. 15-bk-52724
Meyers, Matthew and Jacquelyn                     }
                                                  }
                                                  }     Chapter 13
                                                  }
**Debtor(s)**                                     }

### Notice of Change of Address

**My Former Mailing Address was**:

Name:        Meyers, Matthew and Jacquelyn

Street:      422 S. Marion St.

City, State, Zip: Cardington, OH 43315

**Please be advised that effective April 22, 2016
my new mailing address is:**

Name:        Meyers, Matthew and Jacquelyn

Street:      311 Tralee Trail

City, State, Zip: Cardington, OH 43315

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on April 22, 2016 to the following:

**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Meyers, Matthew and Jacquelyn
311 Tralee Trail
Cardington, OH 43315

Respectfully Submitted,
/s/ Lucas M. Ruffing
Lucas M. Ruffing (0090609)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480